**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Quirino PEREZ-MARTINEZ,
Defendant-Appellant.**

**No. 17-50198
Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed January 3, 2018

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant-Appellant

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

Quirino Perez-Martinez appeals the sentence for his conviction of illegal reentry. *See* 8 U.S.C. § 1326(a), (b). He maintains that the sentence violates due process because it was enhanced based on a conviction not alleged in the indictment, but he correctly concedes that his position is fore-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

closed by *Almendarez-Torres v. United States*, 523 U.S. 224, 226–27, 235, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Accordingly, the government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file its brief is DENIED, and the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.